UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN DOE<br>    Plaintiff,<br><br>v.<br><br>BROWN UNIVERSITY<br>    Defendant. | C.A. No. 17-191-JJM-LDA |
| ESMELIN FAJARDO,<br>    Plaintiff,<br><br>v.<br><br>MATTHEW SHERIDAN, *Individually and in his Official Capacity as an Officer of the Providence Police Department*; and CITY OF PROVIDENCE, *by and through its Treasurer and Senior Advisor, James Lombardi, III,*<br>    Defendants. | C.A. No. 18-523-JJM-PAS |
| JONATHAN KACZMARSKI,<br>    Plaintiff,<br><br>v.<br><br>JOSEPH G SAMARTANO, JR., DDS; DANIEL J. KANE, D.M.D., M.A.; PROSPECT CHARTERCARE, LLC; and PROSPECT CHARTERCARE SJHSRI, LLC<br>    Defendants. | C.A. No. 20-254-JJM-PAS |

| | )  | |
|---|---|---|
| SUMMIT REALTY, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-436-JJM-LDA |
| | ) | |
| CITY OF WOONSOCKET, | ) | |
| Defendant. | ) | |
| | ) | |

# TRIAL ORDER

Each of these cases are ready for trial. On or before March 6, 2023, the parties in each of the cases are to meet and confer and file a joint Notice that states the following:

1. How many total trial days will it take for the case to be tried?
2. How many witnesses does each side intend to call, with a list of the witnesses for each side?
3. Are there any outstanding issues that need to be resolved before this case can be tried?
4. What efforts have been made to mediate this case? Would a referral to mediation possibly resolve this case?
5. Are there any dates in the next nine months when the attorneys are unavailable for trial?

The Court notifies all counsel that any of these cases, in any order, may be called for trial at any time.

IT IS SO ORDERED.

s/ John J. McConnell, Jr.
_____
John J. McConnell, Jr.
Chief United States District Judge
February 23, 2023